CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 28 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| ADELSON MICHEL, | ) |
| Petitioner, | ) Criminal Action No. 5:06-cr-00041-01 |
| v. | ) **ORDER** |
| UNITED STATES OF AMERICA, | ) By: Hon. Glen E. Conrad |
| | ) Chief United States District Judge |
| Respondent. | ) |

This case is before the court on the government's motion to dismiss the petitioner's 28 U.S.C. § 2255 motion to vacate. For the reasons stated in the accompanying memorandum opinion, it is hereby

### ORDERED

that the government's motion to dismiss (Docket No. 802) is **GRANTED**, that the petitioner's motion to vacate (Docket No. 787) is **DENIED**, and that a certificate of appealability is **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to Michel and to all counsel of record.

ENTER: This 28th day of March, 2012.

/s/ Glen E. Conrad
Chief United States District Judge