CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 09 2013

JULIA C. DUDLEY, CLERK
BY:
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 5:06CR00041 |
|---|---|---|
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| ADELSON MICHEL, | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. The defendant's motion, styled as "MOTION TO RE-OPEN 28 U.S.C. § 2255 ON CLAIMS 4, 5, AND 6, PURSUANT TO RULE 60(b), AND A 2ND EVIDENTIARY HEARING" (ECF No. 992) is **DENIED**, and the defendant's submission is CONSTRUED as a Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C.A. § 2255;

2. The clerk is **DIRECTED** to redocket the motion (ECF No. 992) as a § 2255 motion;

3. The § 2255 motion is hereby **DENIED** without prejudice as successive and stricken from the active docket; and

4. A Certificate of Appealability is **DENIED**, based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right.

**ENTER:** This 9th day of July, 2013.

_____
Chief United States District Judge