CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 30 2013

JULIA C. _____, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:06CR00041-001 |
| | ) | (CASE NO. 5:13CV80   ) |
| | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| ADELSON MICHEL, | ) | |
| | ) | By: Glen E. Conrad |
| Defendant. | ) | Chief United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. The defendant's prior motion, styled as "Motion for Discovery from Government . . . and 28 U.S.C. § 2255 Habeas Corpus" (ECF No. 1013) is **CONSTRUED** as a Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C.A. § 2255;

2. The clerk is **DIRECTED** to redocket the motion (ECF No. 1013) as a § 2255 motion and assign it an appropriate civil action number for administrative reasons only;

3. The § 2255 motion is hereby **DENIED** without prejudice as successive and stricken from the active docket;

4. A Certificate of Appealability is **DENIED**, based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right; and

5. The defendant's motion for reconsideration (ECF No. 1032) is **DENIED** as moot, as the defendant has no pending action before the court.

ENTER: This 29th day of October, 2013.

_____
Chief United States District Judge